McGREGOR W. SCOTT
United States Attorney
CARL M. FALLER
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 6:06-mj-00045 WMW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW WHITFIELD, | ) | |
| | ) | |
| Defendants. | ) | |

The parties herein, through their respective counsel, hereby agree and stipulate that the hearing currently set for May 12, 2006 at 11 a.m. be continued to May 19, 2006 at 11 a.m.

Pursuant to 18 U.S.C. §3161(h)(i)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i), we would ask that exclusion of time be granted

DATED: May 10, 2006                             McGREGOR W. SCOTT
                                                United States Attorney

                                                By /s/ Carl M. Faller

                                                CARL M. FALLER
                                                Assistant U.S. Attorney

DATED: May 15, 2006                                     /s/ Eric Kersten
                                                         ERIC KERSTEN
                                                         Attorney for Matthew Clyde Whitfield

## ORDER

IT IS HEREBY ORDERED THAT the hearing date currently set for May 12, 2006 at 11 a.m. be continued to May 19, 2006 at 11 a.m.

IT IS SO ORDERED.

**Dated:   May 10, 2006**                              **/s/ Dennis L. Beck**
3b142a                                                 UNITED STATES MAGISTRATE JUDGE